IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** a New York corporation, | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | |
| **QWEST COMMUNICATIONS CORPORATION,** a Delaware corporation; **QWEST CORPORATION,** a Delaware corporation; **YAHOO! INC.,** a Delaware corporation; **PANASONIC CORPORATION OF NORTH AMERICA,** a Delaware corporation; **RIBBIT CORPORATION,** a Delaware corporation; **SPINVOX LIMITED,** an English corporation; and **OOMA, INC.,** a Delaware corporation, | § § § § § § § § § § § § § | **CIVIL ACTION NO. 6:09cv232**<br><br>**JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

## *AGREED ORDER TO EXTEND TIME TO ANSWER, OBJECT OR OTHERWISE RESPOND*

Before the Court is Defendant Yahoo!, Inc.'s agreed motion seeking an extension of time to answer, object or otherwise respond to Plaintiff's Complaint in the above-referenced cause until July 31, 2009. After considering the motion and that Plaintiff has agreed to the extension, the Court finds that it is well taken and is hereby **GRANTED**. Accordingly, Defendant Yahoo!, Inc. shall have until and including July 31, 2009, to answer, object or otherwise respond to Plaintiff's Complaint.

So ORDERED and SIGNED this 10th day of June, 2009.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

85100752.1