UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Qwest Communications Corporation, a Delaware corporation; Qwest Corporation, a Delaware corporation; Yahoo! Inc., a Delaware corporation; Panasonic Corporation of North America, a Delaware corporation; Ribbit Corporation, a Delaware corporation; SpinVox Limited, an English corporation; and ooma, Inc., a Delaware corporation; Avaya, Inc., a Delaware corporation; Cisco Systems, Inc., a California corporation,<br><br>    Defendants. | Civil Action No. 6:09-cv-232<br><br>Jury Demand |

## ORDER OF DISMISSAL WITH PREJUDICE

  CAME ON THIS DAY for consideration the Joint Motion of the parties Plaintiff Klausner Technologies, Inc. and Defendant Ribbit Corporation to dismiss with prejudice all claims asserted or which could have been asserted by either party between them, and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

  ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Plaintiff Klausner Technologies, Inc. and Defendant Ribbit Corporation are hereby dismissed with prejudice to the right of these parties to assert in the future any such claims or any claims which could have been asserted in this suit.

It is further ORDERED that all costs are assessed against the party who incurred them.

**So ORDERED and SIGNED this 20th day of April, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**