# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

KLAUSNER TECHNOLOGIES, INC.,
a New York corporation,

                Plaintiff,

vs.

Qwest Communications Corporation, a
Delaware corporation; Qwest Corporation, a
Delaware corporation; Yahoo! Inc., a Delaware
corporation; Panasonic Corporation of North
America, a Delaware corporation; Ribbit
Corporation, a Delaware corporation; SpinVox
Limited, an English corporation; and ooma,
Inc., a Delaware corporation; Avaya, Inc., a
Delaware corporation; Cisco Systems, Inc., a
California corporation,

                Defendants.

CASE NO.  6:09cv232-LED

**Demand for Jury Trial.**

## ORDER

In consideration of Plaintiff's filing of a Notice of Voluntary Dismissal Without

Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) before an answer or motion for

summary judgment has been filed by Defendant SpinVox Limited, the Court hereby

dismisses all  claims against Defendant SpinVox Limited without prejudice in accordance

with Fed. R. Civ. P. 41(a)(1)(A)(i).

    **So ORDERED and SIGNED this 19th day of January, 2011.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**