# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., <br>     *Plaintiff*, <br><br> v. <br><br> QWEST COMMUNICATIONS CORP.; QWEST CORP.; YAHOO! INC., PANASONIC CORP. OF NORTH AMERICA; AVAYA, INC.; and CISCO SYSTEMS, INC., <br><br>     *Defendants*. | Civil Action No. 6:09-CV-00232-LED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Joint Motion of the parties Plaintiff and Counterclaim-Defendant Klausner Technologies, Inc. ("Klausner Technologies") and Defendants Qwest Corporation and Qwest Communications Corporation (n/k/a Qwest Communications Company LLC ("Qwest"), in which Klausner Technologies has agreed to dismiss with prejudice all claims asserted against Qwest, and Qwest has agreed to dismiss with prejudice all counterclaims asserted against Klausner Technologies. The Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Klausner Technologies and Quest are hereby dismissed with prejudice. It is further ORDERED that each party will bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 28th day of February, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**