IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., <br> *Plaintiff*, <br> v. <br> QWEST COMMUNICATIONS CORP.; QWEST CORP.; YAHOO! INC., PANASONIC CORP. OF NORTH AMERICA; AVAYA, INC.; and CISCO SYSTEMS, INC., <br> *Defendants*. | Civil Action No. 6:09-CV-00232-LED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Joint Motion of the parties Plaintiff and Counterclaim-Defendant Klausner Technologies, Inc. ("Klausner Technologies") and Defendant Panasonic Corporation of North America ("Panasonic") to dismiss with prejudice all claims asserted by either party between them, and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Klausner Technologies and Panasonic are hereby dismissed with prejudice.

It is further ORDERED that all costs are assessed against the party who incurred them.

**So ORDERED and SIGNED this 17th day of March, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**