**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., *Plaintiff*, v. QWEST COMMUNICATIONS CORPORATION; QWEST CORPORATION; YAHOO! INC.; PANASONIC CORPORATION OF NORTH AMERICA; RIBBIT CORPORATION; SPIN VOX LIMITED; OOMA, INC.; AVAYA, INC.; and CISCO SYSTEMS, INC, *Defendants*. | CIVIL ACTION NO. 6:09-cv-00232-LED **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Cisco Systems, Inc.'s Unopposed Motion for Extension of Time.

Having reviewed and considered Defendant Cisco Systems, Inc.'s Unopposed Motion for Extension of Time, the motion is GRANTED.

IT IS ORDERED that the parties shall have until and through April 6, 2011 to serve their disclosures pursuant to Paragraph 1 of the Court's Discovery Order.

**So ORDERED and SIGNED this 11th day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**