UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Qwest Communications Corporation, a Delaware corporation; Qwest Corporation, a Delaware corporation; Yahoo! Inc., a Delaware corporation; Panasonic Corporation of North America, a Delaware corporation; Ribbit Corporation, a Delaware corporation; SpinVox Limited, an English corporation; and ooma, Inc., a Delaware corporation; Avaya, Inc., a Delaware corporation; Cisco Systems, Inc., a California corporation, <br><br> Defendants. | CASE NO. 6:09cv232-LED <br><br> **Demand for Jury Trial.** |

## ORDER

Upon consideration of Cisco Systems, Inc.'s Motion to Transfer venue, **IT IS HEREBY ORDERED** that said motion is **DENIED.**