**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, *Plaintiff*, vs. Qwest Communications Corporation, a Delaware corporation; Qwest Corporation, a Delaware corporation; Yahoo! Inc., a Delaware corporation; Panasonic Corporation of North America, a Delaware corporation; Ribbit Corporation, a Delaware corporation; SpinVox Limited, an English corporation; and ooma, Inc., a Delaware corporation; Avaya, Inc., a Delaware corporation; Cisco Systems, Inc., a California corporation, *Defendants*. | CASE NO. 6:09cv232-LED **Demand for Jury Trial.** |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR EXTENSIONS OF TIME**

Before the Court is Plaintiff Klausner Technologies, Inc.'s Unopposed Motion to (a) amend certain deadlines in the Court's Docket Control Order of March 25, 2011 [Dkt. 159] (as amended on June 1, 2011 [Dkt. 175]), and (b) extend the dates for Plaintiff and Defendant Cisco Systems, Inc. to file their reply and sur-reply with respect to Defendant's Motion to Transfer [Dkt. 166].

After considering the motion and that Defendant has agreed to the timeframes, the Court finds that Plaintiff's unopposed motion is well taken and is hereby GRANTED. Accordingly, the Court extends those deadlines as follows:

1. The deadline for Defendant to Comply with P.R. 3-3 and 3-4, from the current deadline of June 7, 2011 up to and including June 14, 2011;

2. The deadline to comply with Paragraphs 2(B) and 2(C) of the Discovery Order, from June 8, 2011 up to and including June 15, 2011;

3. The deadline for Defendant to file a reply with respect to its Motion to Transfer, from June 7, 2011 up to and including June 14, 2011; and

4. The deadline for Plaintiff to file a sur-reply with respect to Defendant's Motion to Transfer from June 7, 2011 up to and including June 14, 2011.

5. All other provisions of the Docket Control Order remain unchanged.

**So ORDERED and SIGNED this 8th day of June, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**