### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, | § § § | |
| Plaintiff, | § | |
| vs. | § § | |
| Qwest Communications Corporation, a Delaware corporation; Qwest Corporation, a Delaware corporation; Yahoo! Inc., a Delaware corporation; Panasonic Corporation of North America, a Delaware corporation; Ribbit Corporation, a Delaware corporation; Spin Vox Limited, an English corporation; and ooma, Inc., a Delaware corporation; Avaya, Inc., a Delaware corporation; Cisco Systems, Inc., a California corporation, | § § § § § § | CASE NO. 6:09CV232 |
| Defendants. | | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Klausner Technologies, Inc. ("Klausner") and Defendant Cisco Systems, Inc. ("Cisco"), announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Cisco by Klausner and against Klausner by Cisco herein are dismissed, with prejudice to the re-filing of same, except all claims of patent invalidity and unenforceability by Cisco against Klausner shall be dismissed without prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

**So ORDERED and SIGNED this 19th day of July, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**