IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES INC. § <br> § <br> Plaintiff § <br> § <br> vs. § <br> § <br> QWEST COMMUNICATIONS § <br> CORPORATION, ET AL. § <br> § <br> Defendants § | CASE NO. 6:09-CV-232 <br> PATENT CASE |

### ORDER

Pursuant to the dismissal of all Defendants in this case, the Court hereby enters Final Judgment. Plaintiff Klausner Technologies filed suit against 9 defendants in this case on May 26, 2009. Since that time, all Defendants have been dismissed: Qwest Communications Corp (Docket No. 149); Qwest Corporation (Docket No. 149); Yahoo! Inc. (Docket No. 167); Panasonic Corporation of North America (Docket No. 156); Ribbit Corporation (Docket No. 129); SpinVox Limited (Docket No. 134); Ooma, Inc. (Docket No. 104); Avaya, Inc. (Docket No. 141); Cisco Systems, Inc. (Docket No. 194).

It is therefore **ORDERED, ADJUDGED, and DECREED** that all parties take nothing and that all pending motions are **DENIED as MOOT**. The Clerk of the Court is directed to close the case.

So ORDERED and SIGNED this 11th day of August, 2011.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**